634

Submitted on record and appellant's briefs May 22, reversed and remanded for a new trial June 2, 1975

STATE OF OREGON, *Respondent, v.* GARRY DEHN OWINGS (No. CR 74-52), *Appellant.*

535 P2d 553

Gary D. Babcock, Public Defender, Salem, filed the brief for appellant.

Lee Johnson, Attorney General, W. Michael Gillette, Solicitor General, and Janet A. Metcalf, Assistant Attorney General, Salem, appeared for respondent.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

PER CURIAM.

REVERSED AND REMANDED FOR A NEW TRIAL.

The state concedes error on the basis of *State v. Manrique,* 271 Or 201, 531 P2d 239 (1975), which was decided subsequent to the trial of the case at bar.

Reversed and remanded for a new trial.